IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of ORLY GENGER to Remove Dalia Genger as Trustee of the Orly Genger 1993 Trust Established on Dec. 13, 1993 by Arie Genger, grantor.<br><br>Orly Genger, beneficiary of The Orly Genger 1993 Trust,<br>Petitioner,<br>v.<br><br>Dalia Genger, as trustee of The Orly Genger 1993 Trust, and The Sagi Genger 1993 Trust,<br><br>Respondents. | Case No. 19-cv-9319-AKH<br><br>Hon. Alvin K. Hellerstein |

## NOTICE OF MOTION TO TRANSFER

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Transfer, dated October 14, 2019, Ron Satija, the Chapter 7 trustee appointed by the U.S. Bankruptcy Court for the Western District of Texas in Case No. 19-bk-10926-TMD in connection with the bankruptcy of petitioner Orly Genger, by and through his counsel, will move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a time and date to be determined by the Court, for an Order transferring this proceeding to the Western District of Texas, pursuant to 28 U.S.C. § 1412.

Dated: New York, NY
       October 14, 2019

                KASOWITZ BENSON TORRES LLP

                By: */s/ Michael Paul Bowen*
                Michael Paul Bowen
                Andrew R. Kurland
                1633 Broadway
                New York, New York 10019
                mbowen@kasowitz.com
                Tel.: 212-506-1700
                Fax: 212-506-1800

                *Counsel for Ron Satija, Chapter 7 Trustee*

To (via FedEx overnight delivery):

Judith Bachman, Esq.
The Bachman Law Firm
365 S. Main Street, 2nd Floor
New City, NY 10956

*Counsel for Dalia Genger*

John Dellaportas, Esq.
EMMET, MARVIN & MARTIN LLP
120 Broadway, 32nd Floor
New York, NY 10271

*Counsel for the Sagi Genger 1993 Trust*

Spencer I. Schneider, Esq.
39 Broadway, 32nd Floor
New York, NY 10006

*Counsel for Michael Oldner*

Steven Riker, Esq.
Law Office of Steven Riker
One Grand Central Place, 46th Floor
New York, NY 10165

*Guardian Ad Litem*

2