UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of ORLY GENGER to Remove Dalia Genger as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor. | SDNY Case No. 19-cv-9319 (AKH) |
| Orly Genger, beneficiary of The Orly Genger 1993 Trust, Petitioner, - against - Dalia Genger, as trustee of The Orly Genger 1993 Trust, and The Sagi Genger 1993 Trust, Respondents. | N.Y. Cty. Surrogate's Court File No.: 2008-0017 |

## STATEMENT UPON REMOVAL

Pursuant to Rule 9027(e)(3), The Orly Genger 1993 Trust does not consent to entry of final orders or judgment by a United States Bankruptcy Judge.

The Orly Genger 1993 Trust will file a motion to remand this matter to Surrogate's Court and will oppose the motion to transfer to the Western District of Texas (dkt. #3).

Dated: October 21, 2019
      New York, NY

Respectfully submitted,

POLLOCK COHEN LLP

By: /s/ *Adam Pollock*
    Adam Pollock
60 Broad St., 24th Fl.
New York, NY 10004
(212) 337-5361
Adam@PollockCohen.com
*Attorneys for The Orly Genger 1993 Trust*

To (via USPS First Class Mail):

    Andrew R. Kurland, Esq.
    Michael Paul Bowen, Esq.
    Kasowitz Benson Torres LLP
    1633 Broadway
    New York, NY 10019
    *Counsel to the Bankruptcy Trustee*

    John Dellaportas, Esq.
    Emmet Marvin & Martin LLP
    120 Broadway, 32nd Floor
    New York, NY 10271
    *Counsel to Sagi Genger 1993 Trust & Sagi Genger*

    Steven Riker, Esq.
    Law Office of Steven Riker
    One Grand Central Place, 46th Floor
    New York, NY 10165
    *Guardian Ad Litem*

    Judith Bachman, Esq.
    The Bachman Law Firm PLLC
    365 S. Main Street, 2nd Floor
    New City, NY 10956
    *Attorneys for Dalia Genger*