UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of ORLY GENGER to Remove Dalia Genger as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor.<br><br>Orly Genger, beneficiary of The Orly Genger 1993 Trust,<br>  Petitioner,<br>  - against -<br>Dalia Genger, as trustee of The Orly Genger 1993 Trust, and The Sagi Genger 1993 Trust,<br>  Respondents. | SDNY Case No. 19-cv-9319 (AKH)<br><br>N.Y. Cty. Surrogate's Court File No.: 2008-0017 |

## STATEMENT UPON REMOVAL

Pursuant to Rule 9027(e)(3), The Orly Genger 1993 Trust does not consent to entry of final orders or judgment by a United States Bankruptcy Judge.

The Orly Genger 1993 Trust will file a motion to remand this matter to Surrogate's Court and will oppose the motion to transfer to the Western District of Texas (dkt. #3).

Dated: October 22, 2019
   New York, NY

Respectfully submitted,

POLLOCK COHEN LLP

By: /s/ *Adam Pollock*
  Adam Pollock
60 Broad St., 24th Fl.
New York, NY 10004
(212) 337-5361
Adam@PollockCohen.com
*Attorneys for The Orly Genger 1993 Trust, through Michael Oldner, Trustee*

To (via USPS First Class Mail):

>Andrew R. Kurland, Esq.
>Michael Paul Bowen, Esq.
>Kasowitz Benson Torres LLP
>1633 Broadway
>New York, NY 10019
>*Counsel to the Bankruptcy Trustee*
>
>John Dellaportas, Esq.
>Emmet Marvin & Martin LLP
>120 Broadway, 32nd Floor
>New York, NY  10271
>*Counsel to Sagi Genger 1993 Trust & Sagi Genger*
>
>Steven Riker, Esq.
>Law Office of Steven Riker
>One Grand Central Place, 46th Floor
>New York, NY 10165
>*Guardian Ad Litem*
>
>Judith Bachman, Esq.
>The Bachman Law Firm PLLC
>365 S. Main Street, 2nd Floor
>New City, NY 10956
>*Attorneys for Dalia Genger*