UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of ORLY GENGER to Remove Dalia Genger as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor. | SDNY Case No. 19-cv-9319 (AKH) |
| Orly Genger, beneficiary of The Orly Genger 1993 Trust, Petitioner, - against - Dalia Genger, as trustee of The Orly Genger 1993 Trust, and The Sagi Genger 1993 Trust, Respondents. | N.Y. Cty. Surrogate's Court File No.: 2008-0017 |

## **OPPOSITION TO MOTION TO TRANSFER**

The motion to transfer this matter to the United States Bankruptcy Court for the Western District of Texas is moot because that court has transferred the pending bankruptcy action to the Southern District of New York.

Specifically, on October 8, 2019, the Western District of Texas Bankruptcy Trustee (through counsel) had removed this matter from Surrogate's Court to the Southern District of New York. (Dkt. no. 1.) Then, on October 14, 2019, the Trustee filed the instant motion to transfer the matter to Texas. (Dkt. no. 3.)

Meanwhile, there was a motion pending in Texas to transfer venue to the Southern District of New York (Bankr. W.D.Tx., No. 19-10926, dkt. #129), which was granted yesterday, November 5, 2019. In light of the Texas court's ruling, the instant motion to transfer is moot. Counsel to the W.D. Tex. Bankruptcy Trustee has since indicated that such motions to transfer

1

would be withdrawn from this proceeding, as well as the related proceeding, *Genger v. Genger*, Case No. 1:19-cv-9365 (AKH) (S.D.N.Y.).

Furthermore, as will be detailed in the undersigned's forthcoming motion to remand, these petitions should be returned to the New York Surrogate's Court.

| | |
|---|---|
| Dated: November 6, 2019<br>New York, NY | Respectfully submitted,<br><br>POLLOCK COHEN LLP<br><br>By: /s/ *Adam Pollock*<br>Adam Pollock<br>60 Broad St., 24th Fl.<br>New York, NY 10004<br>(212) 337-5361<br>Adam@PollockCohen.com<br>*Attorneys for The Orly Genger 1993 Trust,*<br>*through Michael Oldner, Trustee* |

To (via ECF):

    Michael Paul Bowen, Esq.
    Kasowitz Benson Torres LLP
    1633 Broadway
    New York, NY 10019
    *Counsel to the former Bankruptcy Trustee*

To (via email):

    Andrew R. Kurland, Esq.
    Kasowitz Benson Torres LLP
    1633 Broadway
    New York, NY 10019
    *Counsel to the former Bankruptcy Trustee*

    John Dellaportas, Esq.
    Emmet Marvin & Martin LLP
    120 Broadway, 32nd Floor
    New York, NY 10271
    *Counsel to Sagi Genger 1993 Trust & Sagi Genger*

    Steven Riker, Esq.
    Law Office of Steven Riker
    One Grand Central Place, 46th Floor
    New York, NY 10165
    *Guardian Ad Litem*

    Judith Bachman, Esq.
    The Bachman Law Firm PLLC
    365 S. Main Street, 2nd Floor
    New City, NY 10956
    *Attorneys for Dalia Genger*