UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of ORLY GENGER to Remove Dalia Genger as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor.<br><br>Orly Genger, beneficiary of The Orly Genger 1993 Trust,<br>    Petitioner,<br>        - against -<br>Dalia Genger, as trustee of The Orly Genger 1993 Trust, and The Sagi Genger 1993 Trust,<br>    Respondents. | Case No. 19-cv-9319 (AKH)<br><br>N.Y. Cty. Surrogate's Court File No.: 2008-0017 |

**NOTICE OF MOTION TO REMAND**

PLEASE TAKE NOTICE that Michael Oldner, in his capacity as the trustee of The Orly Genger 1993 Trust, by and through his counsel, will move this Court, the U.S. District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a time and date to be determined by the Court, for an Order remanding these proceedings back to the New York Surrogate's Court.

The Trustee's motion is based on the following grounds: (1) the mootness doctrine, i.e., a lack of standing by the former Chapter 7 Trustee Ron Satija to maintain this action; (2) mandatory abstention principles, pursuant to 28 U.S.C. § 1334(c)(2); and (3) discretionary abstention principles, pursuant to 28 U.S.C. § 1334(c)(1).

This motion will be further based on this Notice, the Orly Genger 1993 Trust Trustee's accompanying Memorandum of Law, the supporting Declaration of Christopher K. Leung, the papers and briefs submitted in this action to date, including the related case *Genger v. Genger et al.*,

Case No. 1:19-cv-09365 (S.D.N.Y.) (AKH), and such other oral and documentary evidence that may later be submitted to this Court.

| | |
|---|---|
| Dated: November 7, 2019<br>New York, NY | POLLOCK COHEN LLP<br><br>By: /s/ *Adam Pollock*<br>　　Adam L. Pollock<br>　　Christopher K. Leung<br>60 Broad St., 24th Floor<br>New York, NY 10004<br>Chris@PollockCohen.com<br>Adam@PollockCohen.com<br>Phone: (212) 337-5361<br><br>*Attorneys for Michael Oldner, Trustee of*<br>*the Orly Genger 1993 Trust* |

To (via ECF):

　　Michael P. Bowen
　　Kasowitz, Benson, Torres LLP
　　1633 Broadway
　　New York, NY 10019
　　*Counsel for Orly Genger, beneficiary of the Orly Genger 1993 Trust*

To (via email and US Mail):

　　Judith Bachman, Esq.
　　The Bachman Law Firm
　　365 S. Main Street, 2nd Floor
　　New City, NY 10956
　　*Counsel for Dalia Genger*

　　John Dellaportas, Esq.
　　Emmet, Marvin & Martin LLP
　　120 Broadway, 32nd Floor
　　New York, NY 10271
　　*Counsel for the Sagi Genger 1993 Trust*

　　Steven Riker, Esq.
　　Law Office of Steven Riker
　　One Grand Central Place, 46th Floor
　　New York, NY 10165
　　*Guardian Ad Litem*