# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

November 12, 2019

**VIA ECF & FACSIMILE**
Hon. Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007
*fax:* (212) 805-7942

> Re:    *In the Matter of the Application of Orly Genger*, No. 19-cv-9319 (AKH)
>        *In the Matter of the Petition of Dalia Genger*, No. 19-cv-9365 (AKH)

Dear Judge Hellerstein:

We represent the Orly Genger 1993 Trust, through Michael Oldner, Trustee, with respect to the above-referenced matters which were removed from Surrogate's Court in connection with Orly Genger's bankruptcy then pending in the Western District of Texas. We write to briefly respond to the submission of Kasowitz Benson Torres LLP seeking a 45-day extension of the time to respond to our remand motions. (ECF No. 12 in 19-cv-9319; ECF No. 12 in 19-cv-9365.)

As detailed in the remand motions, Ron Satija, the former Chapter 7 Trustee for Orly Genger, and by extension, his counsel Kasowitz Benson, lack standing, much less the authority, to maintain this removal action. Further, as Kasowitz Benson is no longer counsel to the Chapter 7 Trustee, it has no standing to make this request for an adjournment.

However, we have no objection to the Court delaying this matter *sua sponte* in order to give time for a new Chapter 7 Trustee (if any) to be appointed in New York.

Respectfully submitted,

/s/ *Adam Pollock*

Adam Pollock

Hon. Alvin K. Hellerstein
November 12, 2019
Page 2 of 2


cc (via ECF):

> Michael Paul Bowen, Esq.
> Kasowitz Benson Torres LLP
> *Counsel to the former Bankruptcy Trustee;*
> *Counsel for Orly Genger, debtor;*
> *Counsel for Arie Genger, creditor; and*
> *Counsel for Kasowitz Benson Torres LLP, creditor*


cc (via email):

> Brian T. Cumings, Esq.
> *Counsel to the Bankruptcy Trustee*

> Andrew R. Kurland, Esq.
> Kasowitz Benson Torres LLP
> *Counsel to the former Bankruptcy Trustee;*
> *Counsel for Orly Genger, debtor;*
> *Counsel for Arie Genger, creditor; and*
> *Counsel for Kasowitz Benson Torres LLP, creditor*

> John Dellaportas, Esq.
> Emmet Marvin & Martin LLP
> *Counsel to Sagi Genger 1993 Trust & Sagi Genger*

> Steven Riker, Esq.
> Law Office of Steven Riker
> *Guardian Ad Litem*

> Chris Gartman, Esq.
> Hughes Hubbard & Reed LLP
> *Counsel to Arnold Broser and David Broser*

> Natalie Bedoya McGinn, Esq.
> *Counsel to Arie Genger*

> John Boyle, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> *Counsel to Glenclova Investment Company, TR Investors, LLC,*
> *New TR Equitiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc.*

POLLOCK | COHEN LLP