UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Orly Genger, as to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on Dec. 13, 1993 by Arie Genger, grantor. | DOCKET NO. 19-cv-9319 |
| Orly Genger, beneficiary of The Orly Genger 1993 Trust, | N.Y. County Surrogate Court Index No. 2008-0017 |
| Petitioner, | |
| v. | |
| Dalia Genger, as trustee of The Orly Genger 1993 Trust, and The Sagi Genger 1993 Trust, | **NOTICE OF APPEARANCE** |
| Respondents. | |

Please take notice of our appearance in the above-captioned matter on behalf of Respondent, Dalia Genger.

I certify that I am admitted to practice before the Courts of New York State, and the United States District Court, Southern District of New York and am in good standing.

Dated: November 21, 2019
New City, New York

The Bachman Law Firm PLLC

_____/s/_____
Judith Bachman, Esq.

Attorneys for Respondent
Dalia Genger

365 S. Main Street, 2nd Floor
New City, New York 10956
845-639-3210
jlbesq_99@yahoo.com