**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re: Orly Genger                                                                 Bankruptcy Case No.: 19–13895–jlg

Orly Genger beneficiary of The Orly Genger 1993 Trust
                                       Plaintiff(s),

–against–                                                                                  Adversary Proceeding No. 20–01187–jlg

Dalia Gengeras trustee of The Orly Genger 1993 Trust
Sagi Genger 1993 Trust
Orly Genger 1993 Trust
Deborah J. Piazza
                                       Defendant(s)

## NOTICE OF PRE–TRIAL CONFERENCE FOR A REMOVED MATTER

On June 20, 2020, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre–trial conference for this adversary proceeding will be held on 8/12/20 at 10:00 AM in Courtroom Courtroom 601 (JLG), One Bowling Green, New York, NY 10004–1408.


Dated: June 23, 2020                                         /s/ Vito Genna
                                                             _____

                                                             *Clerk of the Court*