UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>      Debtor. | Chapter 7<br><br>Case No. 19-13895-JLG |
| ORLY GENGER, beneficiary of the Orly Genger 1993 Trust,<br><br>      Petitioner,<br><br>-against-<br><br>DALIA GENGER, as trustee of the Orly Genger 1993 Trust, and the Sagi Genger 1993 Trust,<br><br>      Respondents. | Adv. P. No. 20-01187-JLG |

**NOTICE OF ADJOURNMENT OF PRELIMINARY CONFERENCE**

Please be advised that the Court has adjourned the preliminary conference in this matter until November 5, 2020. This notice is being filed at the instruction of the Court.

Dated: August 27, 2020

                By: /s/ Michael Paul Bowen
                Kasowitz Benson Torres LLP
                1633 Broadway
                New York, NY 10019
                (212) 506-1700
                mbowen@kasowitz.com